PENNSYLVANIA STATE ASSOCIA-TION OF JURY COMMISSIONERS and Larry A. Thompson, President Pennsylvania State Association of Jury Commissioners and Elected Jury Commissioner in Butler County and Martha S. Smith, Duly Elected Jury Commissioner of Chester County and Mary Jane Dellafiora, Duly Elected Jury Commissioner for Indiana County and G. Richard Zimmerman, Duly Elected Jury Commissioner for Washington County, Appellants,

v.

COMMONWEALTH of Pennsylvania and Honorable Thomas Corbett, Governor of Pennsylvania and Honorable Kathleen Kane, Attorney General of Pennsylvania, Appellees.

County Commissioners Association of Pennsylvania, Intervenor.

Supreme Court of Pennsylvania.

April 18, 2013.

### ORDER

PER CURIAM.

**AND NOW,** this 18th day of April, 2013, the Order of the Commonwealth Court is **AFFIRMED.**

COMMONWEALTH of Pennsylvania, Appellant

v.

Gavin Lloyd COBB, Appellee.

Supreme Court of Pennsylvania.

Argued April 9, 2013.
Decided April 18, 2013.

Cynthia Ann Gilkey, Esq., Mercer County District Attorney's Office, for Appellant.

Stephanie Elizabeth Lombardo, Esq., York County District Attorney's Office for Appellant Amicus Curiae.

Tedd Christopher Nesbit, Esq., for Appellee.

Before: CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD, McCAFFERY, ORIE MELVIN, JJ.

### ORDER

PER CURIAM.

**AND NOW,** this 18th day of April, 2013, the order of the Superior Court is hereby **AFFIRMED.**

Madame Justice Orie Melvin did not participate in the consideration or decision of this case.

Ronald E. DEHOFF, Petitioner

v.

UNEMPLOYMENT COMPENSATION BOARD OF REVIEW (ESAB Group, Inc.), Respondent.

Supreme Court of Pennsylvania.

April 19, 2013.